MARTIN LANDYSKOWSKI AND THOMAS HYLAND v. EDWARD
MARTYN AND THE CITY SAVINGS BANK
OF DETROIT.

*Mechanic's lien—Enforcement.*

This case involves the enforcement of a mechanic's lien, and the
decree in favor of the complainants is affirmed. Only questions
of fact are involved.

Appeal from Wayne. (Gartner, J.) Submitted on briefs
October 27, 1892. Decided December 2, 1892.

Bill to enforce a mechanic's lien. Defendant Martyn
appeals. Decree affirmed. The facts are stated in the
opinion.

*Charles Flowers,* for complainants.

*Corliss, Andrus & Leete,* for appellant.

LONG, J. This bill was filed to enforce a mechanic's lien
against the property of the defendant Martyn. The sav-
ings bank was made defendant, as it held a mortgage
against the premises upon which the lien is sought.
Decree was entered below in favor of the complainants for
$159.12, and that amount adjudged a lien upon the prem-
ises prior to the claim of the bank, the court finding that
complainants commenced work upon the building June 12,
1891; the mortgage not being executed until the 28th of
that month.

The complainants contracted to do the brick work upon
a store on the premises for the sum of $1,247, the money
to be paid in installments,—$450 when the first tier of
joist was laid; $300 when the second tier was laid; $200 when

the roof was on; and the balance, $297, when the building was completed. They proceeded with the work, and the first two of the installments were paid in accordance with the terms of the contract. When the third installment became due, the defendant paid only $100 of that.

There is a controversy between the complainants and the defendant Martyn as to the reason why the $200 was not paid; the complainants claiming that the defendant refused to pay it upon the ground that the work had not been done within the 60 days provided for in the contract, and for that reason prevented them from going on with the balance of the work; while the defendant contends that he refused to pay the $100 because he had already accepted orders, at the request of complainants, in favor of material men, amounting to $98; that he did not compel the complainants to quit the work, but that they abandoned it for that reason. On the hearing the complainants admitted the account of. the defendant for $98, paid to material men. The remaining work to be done upon the contract consisted of plastering and penciling the building, and laying the brick cellar floor.

Upon the whole evidence the court below found that the complainants had done extra work amounting to $97, so that, if their work had been fully completed, they would have been entitled to receive $1,344. They had been paid upon their contract $850. The court also found that the defendant had completed the contract, and had paid the $98 to material men, and was entitled to have deducted from the price fixed by the complainants' contract and the extra work done by them the amount it cost him to complete the work, together with the amount paid to the material men. We are not disposed to recite here the testimony from which the court below found the amount which it cost the defendant to complete the work, as we think the right conclusion was reached, and that the

amount found due the complainants should not be disturbed. The bank did not appeal.

The decree of the court below must be affirmed, with costs.

The other Justices concurred.